ELLEN JACOBS *vs.* E. B. BEETON.

July 15, 1889.

</div>

Appeal by defendant from a judgment of the district court for Olmsted county, in an action of replevin for a heifer and a steer of the value of $45, commenced in justice's court, appealed by defendant, on law and facts, and tried in the district court by *Start*, J., a jury being waived.

*Chas. C. Willson*, for appellant.

*Thomas Spillane* and *W. Logan Brackenridge*, for respondent.

*By the Court.* We are of opinion that there was sufficient evidence to justify the findings of the trial court, and, this being the only question in the case, the judgment is affirmed.